UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCAS ENGLISH and JUVY ENGLISH, individually and on behalf of the marital community comprised thereof,<br><br>     Plaintiffs,<br>  v.<br><br>AUSTIN OAKES, individually and on behalf on any marital community, and dba KNS Fashion; KRISTIN RYAN, individually and on behalf of any marital community; SOUTHCORP INSURANCE GROUP LLC, a Texas limited liability company,<br><br>     Defendants. | No. C15-5557RJB<br><br>FINAL JUDGMENT IN A CIVIL CASE |

\_\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT:

 Plaintiffs' Motion for Default Judgment (Dkt 19) is GRANTED. Judgment is entered in favor of Plaintiffs Lucas and Juvy English against Defendants Austin Oakes, Kristin Ryan Oakes and Southcorp Insurance Group, LLC, jointly and severally, in the amount of $765,885.70. Interest on the principal judgment amount shall accrue at 12% per annum.

  March 22, 2016              WILLIAM M. McCOOL
                             CLERK

                             /s/ Dara .Kaleel
                             By Dara L. Kaleel, Deputy Clerk