THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCAS ENGLISH and JUVY ENGLISH, individually and on behalf of the marital community comprised thereof,<br><br>       Plaintiffs,<br><br>v.<br><br>AUSTIN OAKES, individually and on behalf of any marital community, and d/b/a/ KNS Fashion; KRISTIN RYAN OAKES a/k/a KRISTIN RYAN, individually and on behalf of any marital community, SOUTHCORP INSURANCE GROUP, LLC, a Texas limited liability company,<br><br>       Defendants. | Case No. 3:15-cv-05557-RJB<br><br>[PROPOSED] RENEWED JUDGMENT<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 27, 2026** |

## [PROPOSED] RENEWED JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1. | Original Cause Number: | 3:15-cv-05557-RJB |
| 2. | Judgment Creditor: | Lucas English and Juvy English |
| 3. | Judgment Debtors: | Austin Oakes, individually and on behalf of any marital community, and dba KNS Fashion<br><br>Kristin Ryan, individually and on behalf of any marital community<br><br>Southcorp Insurance Group LLC |

RENEWED JUDGMENT
CASE NO. 3:15-cv-0557-RJB
PAGE 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

| 4. | Amount of February 19, 2026 Principal Judgment: | $765,885.70 |
|---|---|---|
| 7. | Interest through February 19, 2026: | $911,260.86 |
| 8. | Filing Fee for Petition | $52.00 |
| 9. | Attorneys Fees' for Petition: | $1,500.00 |
| 10. | Total Paid to Date: | $0 |
| **11.** | **TOTAL JUDGMENT:** | **$1,678,698.56 as of February 19, 2026** |
| 12. | Interest: | Total judgment amount shall bear interest at the rate of 12 percent per annum from the date this Judgment is entered until paid in full. |
| 13. | Attorneys for Judgment Creditor: | David R. Ebel, Davis Leigh and Julia Davis Schwabe, Williamson & Wyatt, P.C. 1420 Fifth Avenue, Suite 3400 Seattle, WA 98101 |

**INTEREST SHALL CONTINUE TO ACCRUE ON ALL JUDGMENT AMOUNTS AT THE RATE OF 12 PERCENT PER ANNUM. FURTHER, ANY AND ALL ATTORNEY FEES AND COSTS INCURRED IN COLLECTION ARE AWARDED AS PART OF THE UPDATED JUDGMENT.**

### RENEWED ORDER, FINDINGS OF FACT AND CONCLUSIONS OF LAW SETTING AMOUNT OF ATTORNEY FEE AND COST AWARD

THIS MATTER, having come before the Court on Petitioner's Application to Extend Judgment, and the Court having reviewed the pleadings submitted, and having specifically reviewed:

1.    Petitioner's Application to Extend Judgment;

2    Declaration of Julia Davis in support of Petitioner's Application to Extend

RENEWED JUDGMENT
CASE NO. 3:15-cv-0557-RJB
PAGE 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

Judgment;

THE COURT GRANTS the application and hereby RENEWS JUDGMENT. The original judgment awarded under Case No. 3:15-cv-05557-RJB on March 22, 2016 in the United States District Court for the Western District of Washington (the "Original Judgment") is RENEWED in its entirety.

### **RENEWED FINAL ORDER/JUDGMENT**

The COURT HEREBY RENEWS ITS ORDER AND ITS JUDGMENT AS FOLLOWS:

Plaintiffs' Motion for Default Judgment (Dkt 19) was GRANTED by this Court. Judgment was entered in favor of Plaintiffs Lucas and Juvy English against Defendants Austin Oakes, Kristin Ryan Oakes, and Southcorp Insurance Group, LLC, jointly and severally, in the original principal amount of $765,885.70. Interest on the principal judgment has accrued in the amount of $911,260.86 as of February 19, 2026 and shall continue to accrue at 12% per annum. Plaintiffs are further awarded fees and costs for extension of this Judgment in the amount of $1,552.00.

Dated this __9th__ day of _____March___, 2026.

_____
THE HONORABLE JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

///

///

///

///

///

RENEWED JUDGMENT
CASE NO. 3:15-cv-0557-RJB
PAGE 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.


By: */s/ Davis Leigh*
    David R, Ebel WSBA #28853
    Email:  debel@schwabe.com
    Davis Leigh, WSBA #58825
    Email:  dbleigh@schwabe.com
    Julia M. Davis, WSBA #62997
    Email: jdavis@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA  98101-4010
    Telephone: 206-622-1711
    Facsimile: 206-292-0460

RENEWED JUDGMENT
CASE NO. 3:15-cv-0557-RJB
PAGE 4